Elizabeth K. Godwin, *et al.*, Appellants, v. Ada Easterlin, A Widow, Appellee.

Appeal from a Decree of the Circuit Court for Alachua . County.

Decree of the Circuit Court affirmed; Per Curiam decision of the Court.

Hampton & Hampton, for Appellants.

C. R. Layton, for Appellee.

———

H. D. Brown, Appellant, v. Mrs. S. J. Nugent, Mrs. A. T. Morrissee and Charles A. Keating, Appellees.

Appeal from a Decree of the Circuit Court for Duval County.

Decree of the Circuit Court affirmed; Per Curiam decision of the Court.

Gibbons, Maxwell, McGarry & Daniel, for Appellant;

Marks, Marks & Holt, for Appellees.

———

J. B. Cox. *et al.*, Plaintiffs in Error, v. E. W. Cameron, *et al.*, Defendants in Error.

Writ of Error to a Judgment of the Circuit Court for Santa Rosa County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.

Clark & Magaha, for Plaintiffs in Error;

Watson & Pasco, for Defendants in Error.